

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-13-00841-CV

**PILOT TRAVEL CENTERS LLC**,
Appellant

v.

Norma **GUTIERREZ**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV-000054-D1
The Honorable Joe Lopez, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellant's brief was originally due on January 6, 2014. We granted appellant an extension until January 23, 2014 to file the brief. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER Pilot Travel Centers LLC to file, **on or before February 25, 2014**, its appellant's brief and a written response reasonably explaining (1) its failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Alternatively, Pilot Travel Centers LLC may file a motion to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1. *See* TEX. R. APP. P. 42.1(a) (providing for voluntary dismissals of appeals by motion of the appellant or by agreement of the parties).

**If Pilot Travel Centers LLC fails to respond to this order by February 25, 2014, we will dismiss this appeal for want of prosecution.** *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2014.



Keith E. Hottle
Clerk of Court